UNITED STATES DISTRICT COURT

Northern District of California

Oakland Division

| | |
|---|---|
| KAREN KRUSHWITZ, | No. C 11-04676 LB |
| Plaintiff, | **ORDER GRANTING PLAINTIFF'S APPLICATION TO PROCEED *IN FORMA PAUPERIS*** |
| v. | |
| UNIVERSITY OF CALIFORNIA, | [ECF No. 2] |
| Defendant. | |

Plaintiff has filed an Application to Proceed *In Forma Pauperis*. Having considered the application and complaint, the Court hereby **GRANTS** Plaintiff's application. The Clerk of Court shall issue the summons. Furthermore, the U.S. Marshal for the Northern District of California shall serve, without prepayment of fees, a copy of the complaint, any amendments or attachments, Plaintiff's affidavit and this order upon Defendant. Additionally, given the timing of this order, the court extends Plaintiff's time to serve to March 1, 2012. *See Efaw v. Williams*, 473 F.3d 1038, 1041 (9th Cir. 2007) ("District courts have broad discretion to extend time for service under Rule 4(m)."); *cf. Puett v. Blandford,* 912 F.2d 270, 275 (9th Cir. 1990). This dispose of ECF No. 2.

**IT IS SO ORDERED.**

Dated: December 2, 2011

_____
LAUREL BEELER
United States Magistrate Judge