UNITED STATES DISTRICT COURT
For the Northern District of California

UNITED STATES DISTRICT COURT

Northern District of California

San Francisco Division

| | |
|---|---|
| KAREN KRUSHWITZ, | **No. C 11-04676 LB** |
| Plaintiff, | |
| v. | **ORDER** |
| UNIVERSITY OF CALIFORNIA AT BERKELEY, | |
| Defendant. | |

Due to a clerk's office error, the copy of Plaintiff's Complaint that is posted on the court's Electronic Case File is missing four pages of the Complaint hard-filed with this court and served on the Defendant. If Defendant's Answer does not address all of the Complaint's allegations, Defendant should file an Amended Answer as soon as possible. The court will e-file the correct Complaint. In light of the pending hearing on Defendant's Motion for Summary Judgment scheduled for July 5, 2012, Defendant shall inform the court by Tuesday, July 3, 2012 at 12:00 p.m. if it needs to file an Amended Answer and when it will be filed.

**IT IS SO ORDERED.**

Dated: July 2, 2012

_____
LAUREL BEELER
United States Magistrate Judge

C 11-04676 LB
ORDER