UNITED STATES DISTRICT COURT
For the Northern District of California

UNITED STATES DISTRICT COURT

Northern District of California

San Francisco

| | |
|---|---|
| KAREN KRUSHWITZ, | No. C 11-04676 LB |
| Plaintiff(s), | **ORDER RESETTING HEARING FOR AUGUST 5, 2012** |
| v. | |
| UNIVERSITY OF CALIFORNIA AT BERKELEY, | |
| Defendant(s). | |

The court now realizes that the pro se notice was in fact attached to ECF No. 25 at attachment 4 and confirmed that it was in fact mailed to Ms. Krushwitz. The court thus re-instates the hearing for July 5, 2012.

Dated: July 2, 2013

_____
LAUREL BEELER
United States Magistrate Judge

SCHEDULING ORDER AND NOTICE
C 11-04676 LB